**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 31, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00812-CV

### IN RE DEBRA LOUISE MCLEOD, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Court at Law
Waller County, Texas
Trial Court Cause No. 20-08-23606

## MEMORANDUM OPINION

October 26, 2023, relator Debra Louise McLeod filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Robert J. Kern, presiding judge of the County Court at Law of Waller County, to (1) vacate his September 27, 2023 order severing Debra's claims against third parties; and (2)

consolidate Debra's claims against third-party defendants as stated in her second amended counter-petition in the underlying suit for divorce.

Relator has not shown that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for temporary relief.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.